```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-01889-RNO
Joseph S Petros                                                           Chapter 7
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: CGambini              Page 1 of 1              Date Rcvd: Jul 16, 2019
                              Form ID: pdf010             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
                ALEC BURGER CEO,    GE Capital,    PO Box 4586,    New York, NY 10163-4586
               +Frederic I Weinberg Esquire,    Law Office of,    Frederic I Weinberg & Assoc PC,
                 375 Elm Street Suite 210,    Conshohocken, PA 19428-1973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5193446        +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2019 19:50:41      GE Money Bank,
                 4125 Windward Plaza Drive,    Alpharetta GA 30005-8738
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                  Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JOSEPH S. PETROS**, aka | : | **Chapter 7** |
| Joseph Petros, dba, | : | **Case Number 5:19-bk-01889** |
| Joseph Petros Construction, dba | : | |
| Joe Petros Handyman Services, | : | |
| **Debtor,** | : | |
| | : | |
| **JOSEPH S. PETROS,** | : | |
| **Movant,** | : | **Motion to** |
| v. | : | **Avoid Lien** |
| **GE MONEY BANK,** and | : | |
| **ROBERT P. SHEILS, JR., TRUSTEE,** | : | |
| **Respondent,** | : | |

### ORDER GRANTING MOTION TO AVOID LIEN

Upon consideration of the above-captioned **Motion to Avoid Lien**, it is hereby ORDERED that the **Motion to Avoid Lien** be and is hereby GRANTED. It is further ORDERED that the lien of **GE MONEY BANK** docketed at **2010-14541** in the Court of Common Pleas of Luzerne County, be and is hereby AVOIDED. A copy of this ORDER may be filed at **2010-14541** in the Court of Common Pleas of Luzerne County.

Dated: July 16, 2019

By the Court,

_Robert N. Opel II_ (signature)
Robert N. Opel, II, Chief Bankruptcy Judge (DG)