```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-01889-RNO
Joseph S Petros                                                 Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5         User: CGambini              Page 1 of 1          Date Rcvd: Jul 16, 2019
                             Form ID: pdf010             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
   +CITIBANK SOUTH DAKOTA NA,  c/o Blatt Hasenmiller,  Leibsker & Moore LLC,
    5 Great Valley Parkway Ste 100,  Malvern, PA 19355-1426
   +MARY MCNIFF CEO,  Citibank NA,  701 East 60th Street North,  Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.  TOTAL: 0

  ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2019 at the address(es) listed below:
   James Warmbrodt  on behalf of Creditor  DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
   John Fisher  on behalf of Debtor 1 Joseph S Petros johnvfisher@yahoo.com,
    fisherlawoffice@yahoo.com
   Robert P. Sheils, Jr (Trustee)  rsheils@sheilslaw.com,  PA41@ecfcbis.com;psheldon@sheilslaw.com
   United States Trustee  ustpregion03.ha.ecf@usdoj.gov
                       TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **JOSEPH S. PETROS**, aka | : | **Chapter 7** |
| Joseph Petros, dba, | : | **Case Number 5:19-bk-01889** |
| Joseph Petros Construction, dba | : | |
| Joe Petros Handyman Services, | : | |
| **Debtor,** | : | |
| | : | |
| **JOSEPH S. PETROS,** | : | |
| **Movant,** | : | **Motion to** |
| v. | : | **Avoid Lien** |
| **CITIBANK SOUTH DAKOTA, NA,** and | : | |
| **ROBERT P. SHEILS, JR., TRUSTEE,** | : | |
| **Respondents,** | : | |

### ORDER GRANTING MOTION TO AVOID LIEN

Upon consideration of the above-captioned **Motion to Avoid Lien**, it is hereby ORDERED that the **Motion to Avoid Lien** be and is hereby GRANTED. It is further ORDERED that the lien of **CITIBANK SOUTH DAKOTA, NA,** docketed at **2010-12829** in the Court of Common Pleas of Luzerne County, be and is hereby AVOIDED. A copy of this ORDER may be filed at **2010-12829** in the Court of Common Pleas of Luzerne County.

Dated: July 16, 2019

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)